APRIL 19, 1993

No. 92–418.  ARAVE, WARDEN *v.* PARADIS.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis*

---

granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arave* v. *Creech, ante*, p. 463.

No. 92–464. ARAVE, WARDEN v. BEAM. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Arave* v. *Creech, ante*, p. 463.